IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                            Case No.  3:08cr23/LAC

GERALD WAYNE MCCOY
_____

### ORDER ADOPTING AND AMENDING CONDITIONS OF RELEASE

The defendant is charged by an indictment with offenses alleged to have been committed in this district.  At an initial appearance held on March 19, 2008, it was determined that defendant should be released under the same conditions as were imposed at his initial appearance in the Southern District of California, San Diego Division, with the following additions:

1.  Maintain or actively seek employment.

2.  Defendant shall surrender his passport and do not obtain another.

3.  No excessive use of alcohol.

The following previously set conditions shall be modified:

1.  Report as directed by the Pretrial Services Office via telephone (850/470-8179) each Monday before noon and fully comply with all instructions of the Pretrial Services Officer.

2.  Defendant's travel is restricted to the United States of America.  If defendant must travel with his job outside this district, he must notify Pretrial Services Office prior to travel, and give dates of travel, where traveling to, and any other information required by the Pretrial Services Office.

DONE and ORDERED in Pensacola, Florida on this 19th day of  March, 2008.


/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE