# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      CASE NO.  3:08cr23 LAC

GERALD WAYNE MCCOY

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on ___June 5, 2008_____

Motion/Pleadings:__MOTION IN LIMINE_____

Filed by__DEFENDANT_____ on 6/5/08_____ Doc.# 61_____

RESPONSES:

_____ on_____ Doc.# _____

_____ on_____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

                                   WILLIAM M. McCOOL, CLERK OF COURT

_____        *s/Mary Maloy*_____

LC (1 OR 2)         Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 9th day of June, 2008, that:*

*(a) The relief requested is* **DENIED.** *MOOT.*

*(b)* _____

_____

_____

                              *s/L. A. Collier*_____

                                    **LACEY A. COLLIER**
                           **Senior United States District Judge**

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

Document No.